U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 29 2009

ROBERT H. SHEMWELL, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PAUL J. KIGER | CIVIL ACTION NO. 08-1485 |
| VS. | JUDGE ROBERT G. JAMES |
| CLOVIS TILLARY, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 11] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections [Doc. No. 12] to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Paul J. Kiger's civil rights action is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this 29 day of January, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE